IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

CSX TRANSPORTATION, INC.,

Plaintiff,

v.  CIVIL ACTION NO. 2:02-0176

THE BOARD OF PUBLIC WORKS OF
THE STATE OF WEST VIRGINIA, et al.,

Defendants.

## JUDGEMENT ORDER

In accordance with the order issued on May 7, 2004 [Docket 78], the court **ORDERS** that this case be dismissed and stricken from the docket. The court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and to any unrepresented party.

ENTER: May 11, 2004

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE